IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONY ALEXANDER GILBREATH, <br> a/k/a ANTONIO A. GILBREATH, <br><br> *Plaintiff*, <br><br> v. <br><br> NATHANIEL QUARTERMAN, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § | CIVIL ACTION NO. H-06-2975 |

**FINDINGS ON REMAND**

The Fifth Circuit Court of Appeals remanded this action to this Court for a determination as to whether plaintiff delivered his notice of appeal in the instant case to prison officials for mailing on or before October 30, 2009. *Gilbreath v. Dretke*, No. 09-20854 (5th Cir. 2010).

In compliance with this Court's order, Bobbie J. Bennett, the mail room supervisor for the TDCJ-CID Estelle Unit, has submitted an affidavit and copies of the Unit's outgoing legal mail log reflecting all entries made between October 25, 2009, and November 10, 2009, for legal correspondence delivered by inmate Tony Alexander Gilbreath a/k/a Antonio Alexander Gilbreath, TDCJ-CID # 552945, to Estelle Unit officials for mailing to the federal courts. (Docket Entry No. 76.)

After reviewing the affidavit and the mail log, this Court determines and finds that petitioner, state inmate Tony Alexander Gilbreath a/k/a Antonio Alexander Gilbreath, TDCJ-

CID # 552945, tendered to prison officials for mailing on November 6, 2009, a legal document envelope addressed to Charles Fulbruge, III, 102 John Minor Wisdom, U. S. Court of Appeals Bldg., 600 Camp St., New Orleans, LA. 70130. According to this Court's records, the Fifth Circuit Court of Appeals received plaintiff's notice of appeal on November 10, 2009, and forwarded it to the Clerk of this Court on November 18, 2009.

Because November 6, 2009, corresponds to the November 10, 2009, date that the Fifth Circuit Court of Appeals received plaintiff's notice of appeal, and because the mail log does not show that plaintiff delivered any other legal documents to prison officials for mailing to the federal courts between October 25, 2009, and November 10, 2009, the Court finds that plaintiff placed his notice of appeal in the instant case in the prison mail system for mailing on November 6, 2009.

It is **ORDERED** that this case be **CLOSED** and **RETURNED** to the Clerk of the Fifth Circuit Court of Appeals for further disposition.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on this the 25th day of March, 2010.

                                                KEITH P. ELLISON
                                              UNITED STATES DISTRICT JUDGE